# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:                                          CASE NO. 10 B 14642
                                                CHAPTER 13

DAVID ANTHONY STEGMILLER
CARRIE ANN STEGMILLER                           JUDGE JANET S BAER

        DEBTORS                                 **NOTICE OF FINAL CURE PAYMENT**


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  <u>CHICAGO COMMUNITY BANK</u>

---

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
|  | 48 | XXXXXX2551 | $0.00 | $29,649.00 | $29,649.00 |
| Total Amount Paid by Trustee |  |  |  |  | $29,649.00 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit           **X**  Direct by the Debtors

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 10-14642-JSB

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 4th day of January, 2016.

Debtor:
DAVID ANTHONY STEGMILLER
CARRIE ANN STEGMILLER
2551 S LOWE
CHICAGO, IL 60616

Attorney:
GERACI LAW LLC
55 E MONROE # 3400
CHICAGO, IL 60603
via Clerk's ECF noticing procedures

Creditor:
CHICAGO COMMUNITY BANK
1110 W 35TH ST
CHICAGO, IL 60609

Mortgage Creditor:
WASHINGTON MUTUAL BANK
% MITCHELL N KAY
PO BOX 2374
CHICAGO, IL 60690

Mortgage Creditor:
WASHINGTON MUTUAL BANK
% MITCHELL N KAY
7 PENN PLZA 18TH FL
NEW YORK, NY 10001

Mortgage Creditor:
JPMORGAN CHASE BANK
700 KANSAS LN MC LA4 5555
MONROE, LA 71203

Mortgage Creditor:
CHICAGO COMUNITY BANK
% MARTIN & KARCAZES LTD
161 N CLARK ST #550
CHICAGO, IL 60601

Mortgage Creditor:
JPMORGAN CHASE BANK NA
% CHASE RECORDS CENTER
700 KANSAS LANE MC LA4-5555
MONROE, LA 71203

ELECTRONIC SERVICE - United States Trustee

Date: January 04, 2016

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603