# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| David Anthony Stegmiller and<br>Carrie Ann Stegmiller, | Case No. 10-14642 |
| Debtor(s). | Honorable Janet S. Baer |

## NOTICE OF MOTION

TO:    See attached Service List

      On February 4, 2016, at 9:30 a.m., I shall appear before Bankruptcy Judge Janet S. Baer, 219 South Dearborn Street, Courtroom 615, Chicago, Illinois 60604, or in her absence, before such other Bankruptcy Judge as may be presiding in her place and stead, and shall then and there present the attached Motion to Extend Time to Respond to Notice of Final Cure Payment filed by JPMorgan Chase Bank, National Association, at which time and place you may appear if you so see fit.

                                                    HEAVNER, BEYERS & MIHLAR, LLC
                                                    Attorneys at Law
                                                    Heather M. Giannino (ARDC #6299848)
                                                    111 East Main Street
                                                    Post Office Box 740
                                                    Decatur, Illinois 62525-0740
                                                    (217) 422-1719

STATE OF ILLINOIS
COUNTY OF MACON

      I, Heather M. Giannino, an attorney, being first duly sworn upon oath, depose and state that I have served the above and foregoing Notice, together with all required papers, upon the above-named parties, as to the Trustee and Debtors' attorneys via electronic notice on January 22, 2016, and as to the Debtors by placing same in an envelope addressed as shown above, and depositing same First Class Mail, postage prepaid in the United States mailbox at Decatur, Illinois 62523 this 22nd day of January, 2016.

                                                      /s/ Heather M. Giannino
                                                         Heather M. Giannino

-2-

## Service List

**Service By Mail:**

David Anthony Stegmiller
2551 S. Lowe
Chicago, IL 60616

Carrie Ann Stegmiller
2551 S. Lowe
Chicago, IL 60616

**Service By Electronic Notification Through ECF:**

Kyle T. Dallmann
Geraci Law L.L.C.
55 E. Monroe St., Suite #3400
Chicago, IL 60603

Jonathan D. Parker
Geraci Law L.L.C.
55 E. Monroe St., Suite #3400
Chicago, IL 60603

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| David Anthony Stegmiller and<br>Carrie Ann Stegmiller, | Case No. 10-14642 |
| Debtor(s). | Honorable Janet S. Baer |

## MOTION TO EXTEND TIME TO RESPOND TO NOTICE OF FINAL CURE PAYMENT

NOW COMES, JPMorgan Chase Bank, National Association, (hereinafter "JPMorgan"), by and through its attorneys, Heavner, Beyers & Mihlar, LLC, states as follows:

1. On April 2, 2010, the Debtors filed Chapter 13 bankruptcy.
2. On January 4, 2016, the Trustee filed a Notice of Final Cure Payment, (hereinafter "Notice").
3. The deadline to respond to the Notice is January 25, 2016.
4. JPMorgan requests an additional twenty-one (21) days to file its response to the Notice.

WHEREFORE, JPMorgan Chase Bank, National Association, respectfully requests and prays that the Court enter an Order granting JPMorgan Chase Bank, National Association, through and including February 15, 2016, to respond to the Trustee's Notice of Final Cure Payment and prays for such additional relief as the Court deems appropriate.

JPMorgan Chase Bank, National Association,

By: ___/s/ Heather M. Giannino___
One of its attorneys

HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
Heather M. Giannino (ARDC #6299848)
111 East Main Street
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719