**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>DAVID ANTHONY STEGMILLER<br>CARRIE ANN STEGMILLER<br>Debtor(s) | Case No. 10-14642 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/02/2010.

2) The plan was confirmed on 05/12/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/12/2012, 04/12/2012, 10/07/2013, 01/09/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/18/2012.

5) The case was completed on 11/02/2015.

6) Number of months from filing to last payment: 67.

7) Number of months case was pending: 72.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $38,400.00.

10) Amount of unsecured claims discharged without payment: $465,122.86.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $117,010.00 |
| Less amount refunded to debtor | $4,311.00 |

**NET RECEIPTS:** $112,699.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,400.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $5,451.70 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $7,851.70

Attorney fees paid and disclosed by debtor:       $1,100.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BUREAUS INVESTMENT GROUP | Unsecured | 1,922.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Unsecured | 4,405.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1,655.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO COMMUNITY BANK | Secured | 0.00 | 0.00 | 29,649.00 | 29,649.00 | 0.00 |
| CHICAGO COMMUNITY BANK | Secured | 217,083.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO COMMUNITY BANK | Unsecured | 217,083.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS DENTAL WORLD | Unsecured | 250.00 | 250.00 | 250.00 | 234.73 | 0.00 |
| CHRYSLER FINANCIAL SVC AMERIC | Secured | 12,000.00 | 16,900.00 | 16,900.00 | 16,900.00 | 543.09 |
| CHRYSLER FINANCIAL SVC AMERIC | Unsecured | 13,062.00 | 3,432.09 | 3,432.09 | 3,222.50 | 0.00 |
| COOK COUNTY TREASURER | Secured | NA | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 1,017.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FIN SVCS LLC | Unsecured | 10,666.00 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Unsecured | 12,429.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 4,405.00 | 4,637.02 | 4,637.02 | 4,353.84 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 7,363.52 | 7,363.52 | 6,913.85 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | NA | 24,277.85 | 24,977.85 | 24,977.85 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 154,738.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 1,138.00 | 1,235.71 | 1,235.71 | 1,160.25 | 0.00 |
| MEDICAL PAYMENT DATA | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| MERCY HOSPITAL & MEDICAL CENT | Unsecured | 197.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 3,232.00 | 3,421.98 | 3,421.98 | 3,213.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 5,242.00 | 5,378.89 | 5,378.89 | 5,050.41 | 0.00 |
| NIPSCO | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN CHILDRENS PRAC | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACULT | Unsecured | 1,442.00 | 1,053.50 | 1,053.50 | 989.16 | 0.00 |
| PATHOLOGY CONSULTANTS OF CHC | Unsecured | 173.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS | Unsecured | 1,123.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 7,601.00 | 7,600.61 | 7,600.61 | 7,136.45 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 535.00 | 535.90 | 535.90 | 503.17 | 0.00 |
| SANT SINGH | Unsecured | 1,325.00 | NA | NA | 0.00 | 0.00 |
| STREETERVILLE PEDIATRICS | Unsecured | 486.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TARGET NATIONAL BANK | Unsecured | 3,879.00 | NA | NA | 0.00 | 0.00 |
| URBAN BALANCE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| US BANK NATIONAL ASSOC | Unsecured | 205,671.00 | NA | NA | 0.00 | 0.00 |
| US BANK NATIONAL ASSOC | Secured | 205,671.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $54,626.85 | $54,626.85 | $0.00 |
| Debt Secured by Vehicle | $16,900.00 | $16,900.00 | $543.09 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$71,526.85** | **$71,526.85** | **$543.09** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$34,909.22** | **$32,777.36** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $7,851.70 |
| Disbursements to Creditors | $104,847.30 |
| **TOTAL DISBURSEMENTS:** | **$112,699.00** |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/15/2016                    By: /s/ Tom Vaughn
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**